QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>           Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>VICTOR VEVEA,    )<br>    )<br>           Defendant.    )<br>    )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ )  | NO. 1:03-CR-5410 AWI<br><br>STIPULATION TO CONTINUE HEARING ON DISCOVERY, AND ORDER THEREON<br><br>Date:   June 27, 2005<br>Time:   9:00 a.m.<br>Judge:  Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties, that the hearing on discovery currently scheduled for June 6, 2005, at 9:00 a.m., shall be continued to **June 27, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time for further investigation.

The parties further agree that the failure of the court to grant such a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: June 1, 2005 | By:   /s/  Jonathan B. Conklin<br>JONATHAN B. CONKLIN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | QUIN DENVIR<br>Federal Public Defender |
| DATED: June 1, 2005 | By:   /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Victor Vevea |

**ORDER**

For the reasons stated in the stipulation above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   June 3, 2005**            /s/ **Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE