```
QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
```

Attorney for Defendant
VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>VICTOR VEVEA,<br><br>        *Defendant.* | NO. 1:03-CR-5410 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON<br><br>Date: October 17, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties, that the hearing on discovery currently scheduled for September 19, 2005, at 9:00 a.m., shall be continued to **October 17, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time for further defense preparation and case settlement negotiations.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

///

McGREGOR W. SCOTT

United States Attorney

DATED: September 15, 2005          By:    /s/   Jonathan B. Conklin
                                          JONATHAN B. CONKLIN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                          QUIN DENVIR
                                          Federal Public Defender


DATED: September 15, 2005          By:    /s/ Marc C. Ament
                                          MARC C. AMENT
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Victor VeVea


## ORDER

IT IS SO ORDERED.  For the reasons stated in the stipulation above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:    September 16, 2005**                /s/ **Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE