```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   VICTOR VEVEA
6
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:03-CR-5410 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE DATES FOR FILING MOTIONS, MOTIONS HEARING, AND ORDER THEREON |
| VICTOR VEVEA, | ) | |
| Defendant. | ) | Date:  December 12, 2005<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties, that the schedule for further pretrial motions, is as follows: motions are to be filed on or before November 18, 2005, responses, if any, are due on or before December 2, 2005. The hearing on motions currently scheduled for November 14, 2005, at 9:00 a.m., shall be continued to **December 12, 2005, at 9:00 a.m.**

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: November 8, 2005 | By: | /s/  Jonathan B. Conklin<br>JONATHAN B. CONKLIN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   | QUIN DENVIR<br>Federal Defender |
| DATED: November 8, 2005 | By: | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Victor VeVea |

## ORDER

IT IS SO ORDERED.  For the reasons stated in the stipulation above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:    November 9, 2005**            /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE