1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar # 59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:03-CR-5410 AWI |
|---|---|---|
| Plaintiff, | ) | **SEALING ORDER** |
| v. | ) | |
| VICTOR VEVEA, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties, and based on the personal nature of information contained therein, Defendant Victor VeVea's Motion to Suppress, and all attachments thereto, filed in the above-entitled action on November 17, 2005, as Docket No. 69, are hereby ordered sealed until further order of this court.

IT IS SO ORDERED.

**Dated:   November 18, 2005**          /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE