MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 03-5410 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | HEARING and FILING OF |
| | ) | GOVERNMENTS OPPOSITION TO |
| | ) | DEFENSE MOTION TO SUPPRESS |
| | ) | |
| VICTOR VEVEA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    It is hereby stipulated by and between the parties that the hearing set for December 12, 2005, shall be continued to December 14, 2005, to allow for additional time for the government to file its response to defendant's motion to suppress.

    It is further stipulated that the date and time set for the hearing on the motion to suppress shall be continued to December 14, 2005, at 9:00 a.m.

    It is further stipulated that the time for the government to file its response to defendants's motion to suppress may be extended to December 9, 2005.

1  It is further stipulated time shall be excluded pursuant to
2 18 U.S.C. 3161 to allow additional time to prepare for trial and
3 the filing of motions.

```
                                        MCGREGOR W. SCOTT
                                        United States Attorney

DATED: December 8, 2005    By    _ /S/ Jonathan B. Conklin
                                        JONATHAN B. CONKLIN
                                        Assistant U.S. Attorney


DATED: Dec. 8, 2005               /S/ Marc C. Ament
                                        MARC C. AMENT
                                        Attorney for Defendant
```

    IT is hereby ordered that the hearing currently set for
December 12, 2005, shall be continued to December 14, 2005, to
allow additional time for the filing of motions and trial
preparation.

    IT is further ordered that the hearing on such motion shall
be continued to December 14, 2005, at 9:00 a.m.

    It is further stipulated that the time for the government to
file its response to defendants's motion to suppress may be
extended to December 9, 2005.

2

IT is further ordered that time shall be excluded pursuant to 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:     **December 8, 2005**                             **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE