1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

Attorney for Defendant
VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:03-CR-05410 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | HEARING, SETTING REPLY BRIEF DATE, |
| | ) | AND ORDER THEREON |
| VICTOR VEVEA, | ) | |
| | ) | Date:  February 13, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, that the parties may file reply briefs in regard to pretrial motions, on or before January 23, 2006.  The hearing on motions currently scheduled for December 14, 2005, shall be continued to February 13, 2006, at 9:00 a.m.

///
///
///
///
///
///
///

1  The parties agree that any delay resulting from this continuance shall be excluded in the interest of
2  justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

McGREGOR W. SCOTT
United States Attorney

DATED: December 13, 2005            By:     /s/   Jonathan B. Conklin
                                            JONATHAN B. CONKLIN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


QUIN DENVIR
Federal Defender


DATED: December 13, 2005            By:     /s/ Marc C. Ament
                                            MARC C. AMENT
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Victor VeVea


**ORDER**

IT IS SO ORDERED.  For the reasons stated in the stipulation above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   December 13, 2005**             /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE