QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR VEVEA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:03-CR-05410 AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING, SETTING REPLY BRIEF DATE, AND ORDER THEREON <br><br> Date:  March 13, 2006 <br> Time:  9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, that the parties may file reply briefs regarding pretrial motions, on or before February 27, 2006. The hearing on motions currently scheduled for February 13, 2006, shall be continued to March 13, 2006, at 9:00 a.m.

///
///
///
///
///
///
///
///

1  The parties agree that any delay resulting from this continuance shall be excluded in the interest of
2  justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

                                                                          McGREGOR W. SCOTT
                                                                          United States Attorney

DATED: January 23, 2006                By:    /s/  Mark E. Cullers
                                                                          MARK E. CULLERS
                                                                           Assistant U.S. Attorney
                                                                           Attorney for Plaintiff

                                                                          DENNIS S. WAKS
                                                                          Acting Federal Defender

DATED: January 23, 2006                By:    /s/ Marc C. Ament
                                                                          MARC C. AMENT
                                                                          Assistant Federal Defender
                                                                          Attorney for Defendant
                                                                          Victor VeVea

## ORDER

IT IS SO ORDERED.  For the reasons stated in the stipulation above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:     January 24, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE