DANIEL J. BRODERICK, Bar # 89424
Acting Federal Defender
MARC C. AMENT, Bar # 59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 1:03-CR-5410 AWI |
| v. | ) **UNSEALING ORDER** |
| VICTOR VEVEA, | ) |
| Defendant. | ) |

Defendant Victor VeVea's Motion to Suppress, and all attachments thereto, filed in the above-entitled action on November 17, 2005, as Docket No. 69, are hereby ordered unsealed. The sealing order dated November 18, 2005, is rescinded.

IT IS SO ORDERED.

Dated: 3-14-06

ANTHONY W. ISHII
United States District Judge