DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>VICTOR VEVEA,<br><br>    *Defendant.* | No. 1:03-CR-5410 AWI<br><br>ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c) **(Scott Tunnicliffe)**<br><br>Judge: Hon. Anthony W. Ishii<br>Date: July 7, 2006<br>Time: 9:00 a.m. |

The defendant's application for subpoena duces tecum is hereby GRANTED authorizing issuance of a subpoena *duces tecum* pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to **Sergeant Scott Tunnicliffe, c/o Stephanie Teague, P.O. Box 59, Bakersfield Police Department, Bakersfield, CA, 93302, (661) 326-3800** , for production of the following records which are relevant to the above-referenced proceedings:

1. Return to Search Warrant number 10317, California Superior Court, County of Kern;

2. Handwritten inventories made by Special Master Ralph Wyatt during the search of a residence located at 6900 Mignonette Street, Bakersfield, California, and a law office located at 416 Truxtun Avenue, Bakersfield, California on February 8, 2002, and any transcriptions thereof, and any other inventories prepared by Mr. Wyatt in relation to the

        execution of Search Warrant number 10317, California Superior Court, County of Kern;

3. Handwritten inventories made by Bakersfield Police Detective Scott Tunnicliffe on the back of the Search Warrant during the February 8, 2002 search of a residence located at 6900 Mignonette Street, Bakersfield, California, and any transcriptions thereof, and any other inventories prepared by Mr. Tunnicliffe in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern, including any inventory of seized items still in the custody of the Bakersfield Police Department on or about July 1, 2003;

4. Receipts for the items inventoried by Detective Tunnicliffe in his July 1, 2003 report, (reportedly signed by attorney Dean Miller) in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern, on February 8, 2002;

5. Photographs taken, together with film and electronic images, created of all items seized during or in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern, on February 8, 2002;

6. Any and all additional inventories, receipts, notes, photos, reports, or other documentation related to the evidence seized during the search of both the residence located at 6900 Mignonette Street, Bakersfield, California, and the law firm located at 416 Truxtun Avenue, Bakersfield, California, on February 8, 2002 in the custody or under the control of (named subpoenaed parties).

7. All records, papers, and documents relating to the chain of custody of items seized in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern, on February 8, 2002.

Said subpoena *duces tecum* may direct that the documentary evidence and objects designated in the subpoena be produced before this court on July 7, 2006, for inspection and copying by the defendant and his attorney prior to trial; counsel may excuse witness attendance if production is made to counsel's office at a prior time.

///

///

IT IS SO ORDERED.

**Dated:   June 19, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE