1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   VICTOR VEVEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:03-CR-5410 AWI |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA |
| v. | ) ) | DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c) **(Kern County Superior** |
| VICTOR VEVEA, | ) ) | **Court Judge Colette Humphrey)** |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii Date: July 7, 2006 Time: 9:00 a.m. |

The defendant's application for subpoena duces tecum is hereby GRANTED authorizing issuance of a subpoena *duces tecum* pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to **Judge Colette Humphrey, c/o Presiding Judge Lee P. Felice, Superior Court of California, County of Kern, 1415 Truxtun Avenue, Bakersfield, CA, 93301, (661) 868-4916** , for production of the following records which are relevant to the above-referenced proceedings:

1. Handwritten inventories made by Special Master Ralph Wyatt during the search of a residence located at 6900 Mignonette Street, Bakersfield, California, and a law office located at 416 Truxtun Avenue, Bakersfield, California on February 8, 2002, and any transcriptions thereof, and any other inventories prepared by Mr. Wyatt in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern;

2. Photographs taken, together with film and electronic images, created of all items seized

during or in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern, on February 8, 2002;

3. Any and all additional inventories, receipts, notes, photos, reports, or other documentation related to the evidence seized during the search of both the residence located at 6900 Mignonette Street, Bakersfield, California, and the law firm located at 416 Truxtun Avenue, Bakersfield, California, on February 8, 2002 in the custody or under the control of (named subpoenaed parties).

4. All records, papers, and documents relating to the chain of custody of items seized in relation to the execution of Search Warrant number 10317, California Superior Court, County of Kern, on February 8, 2002.

Said subpoena *duces tecum* may direct that the documentary evidence and objects designated in the subpoena be produced before this court on July 7, 2006, for inspection and copying by the defendant and his attorney prior to trial; counsel may excuse witness attendance if production is made to counsel's office at a prior time.

IT IS SO ORDERED.

Dated:     **June 19, 2006**           _____/s/ Anthony W. Ishii_____
0m8i78                                         UNITED STATES DISTRICT JUDGE