| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>VICTOR VEVEA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:03-CR-5410 AWI |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA |
| v. | ) ) | DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c) **(Custodian of Records for** |
| VICTOR VEVEA, | ) ) | **the California Superior Court, County of Kern)** |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii<br>Date: July 7, 2006<br>Time: 9:00 a.m. |

The defendant's application for subpoena duces tecum is hereby GRANTED authorizing issuance of a subpoena *duces tecum* pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the **Custodian of Records for the California Superior Court, County of Kern, 1415 Truxtun Avenue, Bakersfield, CA, 93301, (661) 868-4934** , for production of the following records which are relevant to the above-referenced proceedings:

1. Return to Search Warrant number #10317, California Superior Court, County of Kern

Said subpoena *duces tecum* may direct that the documentary evidence and objects designated in the subpoena be produced before this court on July 7, 2006, for inspection and copying by the defendant and his attorney prior to trial; counsel may excuse witness attendance if production is made to counsel's office at a prior time.

1  IT IS SO ORDERED.

2  **Dated:     June 19, 2006**                          **/s/ Anthony W. Ishii**
   0m8i78                                       UNITED STATES DISTRICT JUDGE