1  Gary L. Huss (SBN 057370)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Fresno, California 93704
   Telephone: (559) 224-2131
4  Facsimile: (559) 229-7295
   E-mail: ghuss@wctlaw.com
5
   Attorneys for Defendant
6  VICTOR VEVEA

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA-FRESNO**

10 UNITED STATES OF AMERICA,       )   Case Number  CR-F-03-5410 LJO
                                   )
11              Plaintiff,         )   **STIPULATION TO RE-SET MOTIONS**
                                   )   **HEARING AND ORDER THEREON**
12 v.                              )
                                   )
13 VICTOR VEVEA,                   )   CURRENT DATE: April 18, 2007
                                   )   **NEW DATE: April 16, 2006**
14              Defendant.         )   **NEW TIME:  9:00 a.m.**
                                   )   JUDGE: Hon. Lawrence J. O'Neill
15 _____ )

16         IT IS HEREBY STIPULATED by and between the parties hereto, and through

17 their respective counsel, that the hearing currently set for April 18, 2006, as to VICTOR

18 VEVEA, may be re-set for **April 16, 2006, at 9:00 a.m.**  The re-setting is necessary to allow

19 VICTOR VEVEA's counsel to be present at said hearing.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO RE-SET MOTIONS HEARING AND ORDER THEREON

The parties agree that since there is no delay resulting from the re-setting, that it shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A), and 316(h)(8)(B)(i).

Dated: April 5, 2007.

        **WILD, CARTER & TIPTON**
        A Professional Corporation

        By /s/ Gary L. Huss
           GARY L. HUSS
           Attorneys for Defendant
           VICTOR VEVEA

Dated: April 6, 2007.

        By /s/ Mark Cullers
           Mark Cullers
           Assistant U.S. Attorney

<u>ORDER CONTINUING HEARING DATE</u>

The Court finds good cause to reset the date for the hearing, and also for exclusion of time based on the reasons stated in the stipulation.   Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A), and 316(h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   April**
b9ed48

        /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE

STIPULATION TO RE-SET MOTIONS HEARING AND ORDER THEREON