# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| USA | 1:03-CR-5410 |
| Plaintiff, | |
| vs. | **DECISION ON EXPENSES AND FEES** |
| VICTOR VEVEA | |
| Defendant. | |

The Court has received and reviewed the defendant's statement of assets and liabilities regarding his ability to pay fees and costs.

The Court finds that he is more than capable of paying his own attorney fees and costs by any standards. No more monies will be expended by the Court from this day forward for the defense of defendant's case. In sum, the defendant does not qualify for court appointed counsel nor government paid fees and costs.

A copy of this decision is be provided to the Federal Defender's office for their decision on reimbursement matters.

IT IS SO ORDERED.

Dated:   September 18, 2007              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE