Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
VICTOR VEVEA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number CR-F-03-5410 LJO |
| Plaintiff, | **ORDER SHORTENING TIME FOR MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| v. | |
| VICTOR VEVEA, Defendants. | |

The Court orders a shortening of time for attorney Gary L. Huss' motion to withdraw as attorney of record.        The hearing will occur in Department 4 at 9 a.m. on October 11, 2007.   Service of the moving papers are to occur by mail and personal delivery on or before October 9, 2007.

IT IS SO ORDERED.

**Dated:    October   **                     _____/s/ Lawrence J. O'Neill_____
                                      UNITED STATES DISTRICT JUDGE