IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | CASE NO. 1:03-CR-5410 LJO |
| Plaintiff, | **ORDER RE: MOTION TO WITHDRAW ATTORNEY OF RECORD** |
| vs. | |
| VICTOR VEVEA | |
| Defendant. | |

The hearing, as set, on Counsel Huss' motion to withdraw as counsel went forward on October 11, 2007. Counsel Huss was present. Assistant U.S. Attorney Mark McKeon was present. Defendant Victor Vevea was not present.

Counsel Huss represented that Mr. Vevea had conveyed to Mr. Huss that Mr. Vevea would not be present for the hearing for two reasons: that he had a waiver of appearance on file, and that his daughter has pneumonia.

The Court continues the hearing to Tuesday October 16th, 2007 at 8:15 a.m. and the Defendant is ORDERED to be personally present.

IT IS SO ORDERED.

**Dated:   October 11, 2007**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1