IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 03-5410 LJO |
| Plaintiff, | **ORDER FOR DEFENDANT APPEARING PRO SE** |
| vs. | |
| VICTOR VEVEA, | |
| Defendant. / | |

Defendant Victor Vevea ("defendant") proceeds pro se after this Court granted his former counsel's motion to withdraw. On the basis of good cause, this Court:

1. DIRECTS the clerk to serve defendant all further papers at his address of 6900 Mignonette Street, Bakersfield, CA 93308; and

2. SETS a status conference for October 29, 2007 at 1 p.m. in Department 4 (LJO).

IT IS SO ORDERED.

**Dated:   October 18, 2007**              /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE

1