UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>) <br>vs. )<br>)<br>VICTOR VEVEA, )<br>)<br>            Defendant, )<br>_____ ) | 1:03-CR-5410<br><br>**ORDER ON DEFENDANT'S MOTION FOR DISCOVERY** |

The Court has received and reviewed the motion for inventory filed on November 1, 2007. The Government is hereby ordered to respond to the motion within ten calendar days of this order. Upon receipt of the Government's responsive papers, this Court will determine whether or not a hearing will be required before a decision is rendered.

IT IS SO ORDERED.

**Dated:   November 8, 2007**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1