IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>VICTOR VEVEA,<br><br>    Defendant.<br>_____/ | CASE NO. CR F 03-5410 LJO<br><br>**ORDER TO DENY DEFENDANT'S RECONSIDERATION MOTION ON PRIOR "MOTION FOR DISCOVERY OF PROSECUTORIAL ACT OF WITNESS AND COUNSEL INTIMIDATION"** |

    The sole basis of the motion to reconsider the Court's December 10, 2007 ruling on the fifth motion is found at page 2, lines 21-23. Such is an inadequate reason for the instant motion. It is never sufficient to base a motion for reconsideration on the assertion that, although available, a party did not realize it was important or essential to include. This Court DENIES the motion.

    IT IS SO ORDERED.

**Dated:   December 18, 2007**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE