IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VICTOR VEVEA,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | CASE NO. CR F 03-5410 LJO<br><br>**RESPONSE TO DEFENDANTS' EX PARTE REQUEST FOR LEAVE TO FILE A REPLY**<br>(Doc. 237.) |

　　　This Court has already ruled on the motion for which defendant Victor Vevea ("defendant") seeks permission to file reply papers.

　　　Defendant appears to pursue his request on his mistaken belief that his exposure is to a misdemeanor rather than a petty offense. Based upon the U.S. Attorney Office's on-the-record representation after representation, which this Court will enforce, defendant's maximum exposure is to a petty offense.

　　　This Court's January 9, 2008 order decided all other issues.

　　　This Court DENIES defendant's current request.

　　　IT IS SO ORDERED.

**Dated:　January 11, 2008**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1