# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>VICTOR VEVEA,<br><br>          Defendant.<br>_____ / | CASE NO. CR F 03-5410 LJO<br><br>**ORDER FOR DEFENDANT APPEARING PRO SE** |

Defendant (Petitioner) Victor Vevea ("defendant") has filed a "post-conviction motion for discovery" to argue identical points which he has argued on numerous occasions pre-trial, both orally and in writing. The Court has ruled several times on the same issues. This Court DENIES the motion and finds that the motion has been brought in bad faith. Further inappropriate motions will subject defendant to this Court's order to show cause.

IT IS SO ORDERED.

**Dated:   March 5, 2008**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1