**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 03-5410 LJO |
| Plaintiff, | **UPON REMAND: CLARIFICATION OF THE STATUTE OF CONVICTION** |
| vs. | |
| VICTOR VEVEA, | |
| Defendant. / | |

This Court has received and reviewed the ORDER of the United States Court of Appeals For the Ninth Circuit, filed May 10, 2010. The matter was remanded to this District Court for the purpose of "enabling the district court to clarify the statute of conviction in its judgment."

The Defendant was convicted of 18 USC §2701(a)(1), a PETTY OFFENSE. The petty offense was determined by a combination of the Superseding Information filed November 22, 2010 and a subsequent election by the Government in July, 2007 to convert downward the charge from a misdemeanor to a Petty Offense.

This ORDER is to be served on all counsel currently in the case, as well as the CLERK OF THE NINTH CIRCUIT.

IT IS SO ORDERED.

**Dated:   May 11, 2010**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1