**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  vs.<br>VICTOR VEVEA,<br>    Defendant._____/ | CASE NO. 1:03-CR-05410 LJO<br><br>RULING ON DEFENDANT'S OBJECTION |

The Court has received and reviewed the Defendant's "objection" to the District Court's Order on Remand.

While entitled "Objection," it is difficult to determine whether it is:

    1. A straightforward, stand-alone objection;

    2. An intended Motion for Reconsideration; or

    3. A simple reservation of an appellate issue.

This Court has responded to the Ninth Circuit Court of Appeals' request for clarification upon remand in the manner it deems to be appropriate pursuant to the request and the law. That clarification will remain unchanged, absent a supplemental request by the Circuit Court.

IT IS SO ORDERED.

**Dated:   May 27, 2010**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1