IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 03-5410 LJO |
| Plaintiff, | **RESPONSE TO DEFENDANT (ALLEGEDLY PRO SE) VEVEA'S "OBJECTION AND REQUEST FOR RULINGS"** |
| vs. | |
| VICTOR VEVEA, | |
| Defendant. | |
| _____/ | |

Defendant Vevea alleges that he is now in Pro Se. He claims that the Court (not specifying which Court) has relieved his counsel, and as a result, he has not been receiving anything filed since the May 11, 2010 Circuit Court Order of Remand.

This Court has no information to indicate that Mr. Vevea's counsel (Attorney Page) has been relieved from this case. Nonetheless, Mr. Vevea is notified that he can gain access to that which he seeks either from his counsel of record, or from the CM/ECF case management system of the Federal Court. He should check with his probation officer for the details of his changed probation terms and conditions that allow this computer access.

IT IS SO ORDERED.

**Dated:   June 10, 2010**                    /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE