IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 03-5410 LJO |
| Plaintiff, | **RESPONSE TO DEFENDANT'S JULY 10 LETTER** |
| vs. | |
| VICTOR VEVEA, | |
| Defendant. / | |

Defendant Victor Vevea ("Mr. Vevea") wrote a letter to this Court indicating that he has not received any orders from this Court after he was ordered to proceed in propria persona on October 11, 2007. A review of the Court's docket indicates that Mr. VeVea was not added to the service list. Although Mr. VeVea is represented by counsel in his pending appeal, his is representing himself in this Court. Accordingly, this Court DIRECTS the CLERK OF COURT to:

1. ADD Mr. VeVea as appearing in propria persona on the docket in this action;

2. ADD Mr. VeVea to the notice of service list, and to mail all further documents and orders, including this response, to the following address:

   Victor VeVea

   6900 Mignonette St.

   Bakersfield, CA 93308

1

3.  MAIL to Mr. VeVea all documents filed from the Notice of Appeal (Doc. 257) through the current order (Doc. 315).

IT IS SO ORDERED.

**Dated:     July 15, 2010**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE