# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 03-5410 LJO |
| Plaintiff, | **ORDER FOR LIMITED MODIFICATION OF PROBATION TERMS** |
| vs. | (Doc. 323.) |
| VICTOR VEVEA, | |
| Defendant. / | |

This Court GRANTS defendant's request to modify probation terms only insofar as to allow defendant limited direct access to the internet to send and receive attorney-client email messages. Defendant's probation terms otherwise remain in effect.

IT IS SO ORDERED.

**Dated:   November 1, 2010**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1