1

2

3

4

5

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,            CASE NO. CR F 03-5410 LJO

12              Plaintiff,               **ORDER TO DENY MOTION TO STRIKE**
     vs.                                   (Doc. 343)

13
VICTOR VEVEA,

14

            Defendant.

15                                  /

16

17       This Court has read and reviewed defendant and petitioner Victor VeVea's Motion to Strike

18 (Doc. 343).  This motion is DENIED as it lacks factual and legal merit.

19

20

21

22                          IT IS SO ORDERED.

23 **Dated:**    **June 13, 2012**                    **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28